In The United States District Court For The Northern Division of Iowa

Marvin Lynn Hildreth JR
Plaintiff
v.
Chad Sheehan, ET AL.,
Defendants

Motion for Appointment of Counsel

Civil Action No. #:5:23

RECEIVED APR 06 2023 UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF IOWA

Pursuant to 28 U.S.C. § 1915(e)(1) Plaintiff moves for an order appointing Counsel to Represent Them in This Case. In Support of This motion, Plaintiff States:

1. Plaintiff is unable to afford Counsel. He has requested Leave to Proceed in forma Pauperis.

2. Plaintiff's imprisonment will greatly limit his ability to litigate. The issues involved in This Case Are complex and will require significant Research and investigation. Plaintiff has limited Access to the Law library And limited Knowledge of the Law. Plaintiff has a limited Education, and current institution is on a Lock down consisting over 30 days.

3. A Trial in This Case Will likely involve Conflicting testimony, and Counsel would Better enable Plaintiff to Present Evidence and Cross Examine Witnesses.

4. Plaintiff has made efforts To obtain a Lawyer. Plaintiff is proceeding in forma Pauperis - Therefor Cannot Afford To obtain Counsel.

Wherefore, Plaintiff Requests That The Court Appoint a member of The Federal Bar, As Counsel in This Case.

Date 3-30-23

Signature _____
Marvin L Hildreth JR

Address: Marvin Hildreth 6338090
Iowa State Penitentiary
Po Box 316
Ft Madison IA 52627

Marvin Hildreth 6338040
Iowa State PEN
PO Box 316
Ft Madison IA 52627

QUAD CITIES IL PSDF
IL 612 1 T
03 APR 2023 PM

04/03/23 jlh

United States District Court
c/o Clerk of Court
320 6th ST
Sioux City IA 51101

XRAYED US MARSHALS SERVICE

**NOTICE:** This Correspondance was mailed from an institution of the Iowa Department of Corrections

5110181234