IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF IOWA-SIOUX CITY

HILDRETH
v.
SEE Attached Exhibit #6

RECEIVED
JUN 10 2024
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA

Motion for A Temporary Restraining Order And a Preliminary Injunction

Comes Now, The Plaintiff (pro se) And Respectfully makes This his "Motion for T.R.O. And A Preliminary Injunction", And in Support States:

1.) Plaintiff is Being Severely Limited with his Access to the prison's E.L.L. System. E.L.L. is The electronic Law Library.

2.) Plaintiff is A Pro Se Litigant with a very Limited Amount of knowledge Pertaining to Law - STATE oR Federal.

3.) T.R.O./P.I. Defendants Are in Contempt of Court By denying Plaintiff Adequate Access To E.L.L. which will Severely impact the out come of Case #5:23-CV-04010-LTS-KEM.

4.) Plaintiff has Requested more time To Access the E.L.L., done informal grievances, And is in The Formal grievance process.

5.) Plaintiff is only Classified As 19 Points (middle of Medium custody), is Report free Since May 8th, 2023, yet is Being held At Iowa's Most Secure institution - which is greatly impacting his Ability to Litigate.

6.) Plaintiff is Proceeding in forma Pauperis, AKA "As A Poor Man", And Requests "T.R.O./P.I. defendants Be Served This motion By The U.S. Marshall's Service Persuant to The Fed. R. Civ. P. Rule 4(C).

7.) Plaintiff could Be transferred To A less secure facility immediately, or given unlimited Access To The E.L.L., yet These T.R.O. Defendants decline to do so.

EXhiBit #6
Page 1

## T.R.O. And Preliminary Injunction Defendants

1. REBECCa BowKER
   Executive officer - I.S.P.
   P.O. Box 316
   Ft Madison IA 52627

   Individual And official Capacity

2. Chris Tripp
   Warden - I.S.P.
   P.O. Box 316
   Ft Madison IA 52627
   individual And official Capacity

3. Rudolfo Gonzalez
   Unit Manager HU3 - I.S.P.
   P.O Box 316
   Ft. Madison, IA 52627
   individual And official Capacity

4. Ann Gehle
   Case manager/Counselor - I.S.P.
   P.O. Box 316
   Ft Madison, IA 52627
   individual And official Capacity

5. Brendon ~~Mark~~ freeman
   Treatment Director - I.S.P.
   P.O. Box 316
   Ft Madison, IA 52627

8.) Plaintiff has shown multiple Admin. Staff members his Legal deadlines And Requirements, in order to try to gain more Adequate E.L.L. Access.

9.) Plaintiff has Mailed, to Judge Leonard T. Strand, A copy of correspondence Between Plaintiff And his case Manager, in An Attempt to gain counsel — To which Shows A denial of Adequate Access to the E.L.L.

10.) Judge Strand has denied Plaintiff's First Motion to Appoint Counsel, And has Not Made a ruling on Plaintiffs Second motion to Appoint Counsel — At This Time.

Due to the Reasons Listed Above, Plaintiff Seeks An emergency hearing And/or Emergency Relief As it Relates to the T.R.O./P.I. Defendants conduct That Violates The 1st, 8th, And 14th Amendments of The united States Constitution. Plaintiff is, And Will continue to Be, harmed By These defendants conduct As it greatly impacts his Ability to Litigate This Case; And The defendants Actions intervene with The Plaintiffs Ability to fully Litigate (grieve) This Claim - in Violation of The 1st Amendment.

- Plaintiff is Seeking That The court orders AN immediate transfer to A Lower class of institution That Reflects The plaintiff's custody score, An adequate Amount of E.L.L. Access To Litigate this Case, And A temporary Restraining order Against These Listed Defendants To Stop Any Retaliation in Regards to Filing This Action.

Plaintiff Wants it Clearly Stated for the record, That The institutions current E.L.L. System — LEXIS NEXIS — only allows Access for 45 Minutes, Then kicks you off for 15-30 Minutes To Which You must Wait to get Back on. This means

in a 2 hour period, you really only get about 1 hour of time. It would take atleast 8 hours/day to get adequate access - as 8 hours only allows approximately 6 hours of E.L.L. time. As well as LEXIS NEXIS does not allow you to save, bookmark, or print any case law - so you must spend 5-15 min. each time you log on - just to find where you left off.

Plaintiff also wants on the record, that the T.R.O./P.I. Defendants state Plaintiff can use "Pod time" to do legal research and "Yard time" to do legal research. This is flawed and skewed as there is 64 people on 1 Pod, and only 1 E.L.L. computer. There is atleast 10 people with active cases on this unit. Pod time is only 1½ hours - and is shower time and phone time as well. Yard time is your exercise time. Exercise is a garunteed right by the U.S. Constitution. Not only is that time for exercise Plaintiff has a prison job as a "REC worker" in the gym and weight yard, which takes atleast ½ of his REC time already. Quitting a job results in higher custody score, and is a violation of institutional rules - which results in disciplinary actions.

## LAW MEMORandum

Plaintiff is aware of the "Standard of Review" in this circuit that applies to requests for temporary restraining orders and Preliminary injunctive relief. He understands that in order for him to obtain injunctive relief considerations relative to irreparable harm, balance of the harm and injury to other parties, probability of success on the merrits and the public interest must be assessed. - Data Phase Systems, Inc., V. C.L. Systems in., 640 F. 2d 109, 114 (8th cir. 1981). It is the Plaintiff's belief that the Plaintiff's petition and exhibits

Establish a Balance in his Favor in All 4 area's. At A minimum, he has demonstrated Probability of Success of The Merrits such that Justice Requires the Court to intervene to Preserve the Status Quo until the Merrits Are determined. — Data Phase supra at 113, F.N. 5.

### A: Irreparable injury

The Loss of a Constitutional Right, even for a Short time Constitutes irreparable injury. — Elrod v. Burns, 427 U.S. 347, 373 (1976); Deerfeild Medical Center v. City of Deerfeild Beach, 661 F.2d 328, 338 (5th Cir. 1981).

The Basic Allegations Relevant To This Motion Consist of A Serious Violation To The Plaintiff's 1st, 8th, And 14th Amendment Rights of the United States Constitution, And will Continue to Be Violated in The Absence of injunctive Relief. This Suffering From Constitutional Rights Violations harms, And will Continue to harm, the Plaintiff's Ability To grieve And Litigate This Case, And will Cause Permanent Damage to The outcome of This Case.

### B: Absense of Harm To The Adverse Party

These T.R.O./P.I. Defendants have No Legitimate interest in denying Plaintiff Adequate Access To The Prison's E.L.L. System.

These T.R.O./P.I. Defendants have No Legitimate interest in Keeping The Plaintiff in a higher Security Prison, to Limit his Access to Library/E.L.L., when he is Not A max-custody Scoring inmate.

These T.R.O./P.I. Defendants have No Legitimate interest in over-riding the Plaintiffs ACTUAL Custody Score to Keep him At I.S.P. — When he is Eligible for Parole And has Completed his State's Mandatory minimum Sentence.

### C:- Plaintiff's Likelihood of Ultimate Success on the Merits under the United States Constitution

"First Amendment deprivations, Regardless of how short the duration, constitute irreparable injury" – Elrod v. Burns, 427 U.S. 347, _ S.Ct. _, _ L.Ed.2d _ (1976).

"Any Restriction on the flow of information to Prisoners must relate to a Legitimate Penological interest, or Risk offending the First Amendment" – Croft v. Roe, 170 F.3d 957 (9th cir. 1999)

"First Amendment Protects the Pursuance of grievences" – Davis v. Goord, 320 F.3d 346 (2nd cir. 2003)

"Absent Legitimate Penological interest to the Contrary, Prisoners have First Amendment Right to Recieve information" – Jacklovich v. Simmons, 392 F.3d 420 (10th cir. 2004)

"intentional harassment of even the most hardened Criminals Cannot be tolerated by a Civilized Society" – Hudson v. Palmer, 468 U.S. 517, 104 S.Ct. 3194, 60 L.Ed.2d 447 (1984)

"To state a Claim of Cruel and Unusual Punishment, Prisoners Need Not wait for a deprivation, or injury, to occur if it Can be Shown that Serious risk is inevitable" – Helling v. McKinney, 509 U.S. 25, 34-35, 113 S.Ct. 2475, _ L.Ed.2d _ (1993)

"Eighth Amendment does Not Require Serious injury to Support a Constitutional Claim" – Tijerna v. Plentl, 984 F.2d 148 (5th cir. 1993)

"Where Prisoner was Represented by Counsel on direct Appeal, officials Denial of Access to Law Library did Not constitute An Access to Courts Violation" – Entzi v. Redmann, 485 F.3d 998 (8th cir. 2007) The Plaintiff wants to Note that HE IS NOT REPRESENTED In CASE NO. # 5:23-CV-04010-LTS-KEM.

"Pro Se Litigants Enjoy right of Access to Courts" – Rand v. Rowland, 154 F.3d 952 (9th cir 1998).

"Prisoners have Constitutional right of Access to the Courts; Undue delay, or similar obstruction may impugn this Right" –

Chriceol v. Phillips, 169 F.3d 313 (5th Cir 1999).

The case Law cited above proves that the plaintiff's rights are being violated. This case Law shows the likelihood, in the plaintiff's favor, of ultimate success on these merrits.

### D: — Public Interest

It cannot be disputed that the 1st Amendment Right, and the right to have access to the courts — is in the Public's interest to maintain Law and order. It is not in the public's interest for Prison officials to intervene and obstruct ongoing litigation and Legal matters.

It does not serve the Public's interest for these T.R.O./P.I. defendant's to violate the law, to violate Constitutional Rights, or to act in an unlawful manner.

It is always in the Public's interest for Prison officials to obey the Law, especially the (United States) Constitution. - Phelps-Roper v. Nixon, 545 F.3d 685, 690 (8th Cir 2008); Duran v. Anaya, 642 F. Supp. 510, 527 (D.N.M. 1986) "Respect for the Law, Particularly by officials Responsible for the administration of the States' Correctional System, is in itself a matter of highest Public interest"; Lewely v. Oakland County Prosecutor's office, 402 F. Supp. 1397, 2393 (E.D. Mich. 1975) (Stating the "Constitution is the ultimate expression of the Public interest.")

Wherefore, Plaintiff prays that this court will issue a temporary Restraining Order (T.R.O.) And a Preliminary Injunction (P.I.) Compelling the T.R.O./P.I. Defendants into allowing Plaintiff adequate access to the Prison's E.L.L. And transfer the Plaintiff to a more suitible security Prison- Reflecting his

Actual Custody score — Not An over-ridden score — so he has Proper Access to the Courts And so that these T.R.O./P.I. Defendants cannot retaliate Against The Plaintiff For filing this order, As well As Not violating his 1st, 8th, And 14th Amendments Any Further.

Notorized on _____

Respectfully Submitted,
on 6-4-2024, By
Marvin L. Hildreth JR #6338040
Iowa State PEN.
Po Box 316
Ft Madison IA 52627

ANNE GEHLE
Commission Number 835230
My Commission Expires
October 22, 2024

6-4-24

Attached exhibit #6

The Plaintiff Certifies under the Penalty of Perjury And Persuant to the Laws of the State of Iowa And Federal Law, The Proceeding is True And Correct to the best of his Knowledge And Belief.

Plaintiff: Marvin L. Hildreth JR #6338040    Date: 6-4-2024

### Certificate of Service

The undersigned declares, Under the Penalty of Perjury, That he has Mailed, By 1st Class Postage-Prepaid, A True And Correct Copy of the foregoing To the United States District Court on the 4th day of June, 2024

Marvin L. Hildreth JR #6338040
Iowa State PEN.
Po Box 316
Ft Madison IA 52627


T.R.O. Exhibit #1

# Kiosk Messages All Report
Kiosk Messages From 04/20/2024 To 06/03/2024 - Mailbox: Warden's Office

**6338040 - Marvin Lynn Hildreth, Jr.**

| Message Date | Author | Mailbox | Subject | Text | Status |
|---|---|---|---|---|---|
| 05/24/2024 9:45 am | Offender | Warden's Office | informal | want to do informal on removing hair brush per security director martinez. i need brush for my beard. theres wood in all sorts of other places. this is a fruitless endeavor for trying to remove wood and is impractical | Read |
| 05/24/2024 11:39 am | CHRIS.TRIPP | Warden's Office | informal | Your Housing Unit errored when they took your hairbrush. It will be returned to you. | Read |
| 05/31/2024 5:34 pm | Offender | Warden's Office | ELL | is there any way you could look into getting some form of ELL availible on the tablets?i have tried to get approved for ELL time to get out,multiple times. i have a couple ongoing active cases.they will not approve me and say to use my yard time. yard time is for physical exercise. there is multiple people with active cases on this pod and only 1 ell so that is inefficient.+ it is limited to45min | Unread |
| 06/02/2024 7:47 am | Offender | Warden's Office | ELL | I need adequate ELL time to file all my motions,discovery,depositions,etc as a pro se litigant. i have,multiple deadlines ranging from a few wks up until sept. i have no counsel. fed case no.# 5:23-cv-04010-LTS-KEM. active. i also need correspondence with multiple other inmates in other facilities so i can confer with my witnesses, LEGALLY. thank you. kite already sent to counselor and UM-denied | Unread |


T.R.O. Exhibit #2

# Kiosk Messages All Report

Kiosk Messages From 04/20/2024 To 06/03/2024 - Mailbox: AW Treatment

**6338040 - Marvin Lynn Hildreth, Jr.**

| Message Date | Author | Mailbox | Subject | Text | Status |
|---|---|---|---|---|---|
| 05/21/2024 7:58 pm | Offender | AW Treatment | treatment transfer | since i got kicked out of t4c to go to hu3(tip increase),and apparently cant get treatment on hu3,no one is going to try to hold me back from transfering to medium right? roach told me that you told him that i would get into treatment on hu3 if i came over id just have to restart. im over 1 year report free(may8) but didnt get decision til may 31.i get ran up for parole in oct/nov...need transfer | Unread |
| 06/02/2024 7:04 pm | Offender | AW Treatment | ELL | Need more ell time. have ongoing litigation. have deadlines. need transferred so i have more access to ell or something. already denied by gonzales and case manager... need ell and access to courts | Read |
| 06/03/2024 7:49 am | BRENDON.FREEMAN | AW Treatment | ELL | You should have access in the library during yard times and in the Unit. For extra time you have to work with your UM and Counselor. | Read |
| 06/03/2024 9:32 am | Offender | AW Treatment | ELL | they are denying adeqaute access to the ell as a pro se litigant under federal law and the constitution of the united states. yard time is for rec not legal work and hopsins law states you should not have to trade one right (exercise) for another (access to the courts/1st,8th,14th amendments). or give me a transfer to a yard with open yard | Unread |
| 06/03/2024 10:01 am | Offender | AW Treatment | ELL | i also have a job in the weight yard and the cage so i cannot spend hours on the kiosk as i have a job to do and i use some time for exercise | Unread |


T.R.O.
EXHIBIT #3

# Kiosk Messages All Report

Kiosk Messages From 04/20/2024 To 05/01/2024 - Mailbox: Case Manager

**6338040 - Marvin Lynn Hildreth, Jr.**

| Message Date | Author | Mailbox | Subject | Text | Status |
|---|---|---|---|---|---|
| 04/24/2024 7:42 pm | Offender | Case Manager | ELL | i need put on the ell access list. i got federal lawsuit, no lawyer, i am representing myself pro se and have no knowledge of the law. i have a 30 day deadline to respond to a motion filed on 4-18 as well as a deadline in june and july and august on dispostions. depositions, and discovery and need to do xtensive research. this is in regaurds to motions i have had to have notorized recently. thks | Read |
| 04/26/2024 11:01 am | ANNE.GEHLE | Case Manager | ELL | You have pod and yard time to work on your legal work | Read |
| 04/26/2024 11:55 am | Offender | Case Manager | legal mail | i should have had legal mail from courts by today. did it come and you missed me by chance while at my visit? | Read |
| 04/26/2024 12:43 pm | ANNE.GEHLE | Case Manager | legal mail | You did | Read |
| 04/28/2024 9:45 am | Offender | Case Manager | legal and notorary | need a notorary and legal mail monday please and thanks | Read |
| 04/28/2024 6:56 pm | Offender | Case Manager | legal and notorary | also might need copies after it notorized as i have to send to seperate parties- same motions | Read |
| 04/29/2024 10:41 am | Offender | Case Manager | LEGAL AND NOTARY AND COPYLEGAL | I have 2 motions that need sent out asap. they need notorized then i need 2 copies as i have to mail to defendants and court and keep a record myself. sent kiosk yesterday as well. i go to asatru at 1255 | Read |
| 04/29/2024 5:32 pm | Offender | Case Manager | notorary | think i need a notary tomorrow the 30th for another legal motion and copies and legal mail. | Read |
| 04/30/2024 11:08 am | ANNE.GEHLE | Case Manager | LEGAL AND NOTARY AND COPYLEGAL | When I call you out, bring a store order to pay for the copies. | Read |


I.R.O. Exhibit #4

# Kiosk Messages All Report
Kiosk Messages From 04/20/2024 To 06/03/2024 - Mailbox: Unit Manager HU 3

**6338040 - Marvin Lynn Hildreth, Jr.**

| Message Date | Author | Mailbox | Subject | Text | Status |
|---|---|---|---|---|---|
| 05/10/2024 7:30 pm | Offender | Unit Manager HU 3 | transfer bizness | what up with this transfer business?my last report was on may8 2023. over 1 year. they submit my parole paperwork in oct/nov. i still have to do treatment since i got kicked out of t4c to come to hu3 in march. obviously thats a fruitless endeavor at isp, so i am trying to get to med. camp in time to do treatment before ran up so maybe i can be home for 1 last xmas with my gma | Unread |
| 05/10/2024 7:34 pm | Offender | Unit Manager HU 3 | transfer bizness | if i wait until june or july i most likely wont get to camp until july or august and then i still have to get in line for treatment.my report history isnt all that bad and im medium points.i talk to my counsilor but she say basically its up to you at the end of the day.im 6.5 hrs from my family,or more.clarinda is30 minutes from family maybe hr max. ft dodge is 1.5 to 2. idc where i go except asp | Unread |
| 05/14/2024 6:45 pm | Offender | Unit Manager HU 3 | priors | did u get a chance to look at my last 2 kiosk messages. i know you said you seen them so idk if your response is pending or if you thought it is what i asked about in hallway, but its different than what i asked in hallway. thanks | Unread |
| 06/02/2024 7:44 am | Offender | Unit Manager HU 3 | ELL | I need put on access list to ell. i have multiple deadlines ranging from a few weeks and going all the way into sept. im a pro se litigant, have to do all my own discovery, depositions, breifs etc. you can verify it. federal case No. #5:23-cv-04010-LTS-KEM. i also need correspondence with multiple other inmates in other camps so i can legally confer with my witnesses. thank you | Unread |



T.R.O. Exhibit #5

# Kiosk Messages All Report
Kiosk Messages From 04/20/2024 To 06/03/2024 - Mailbox: AW Treatment

**6338040 - Marvin Lynn Hildreth, Jr.**

| Message Date | Author | Mailbox | Subject | Text | Status |
|---|---|---|---|---|---|
| 05/21/2024 7:58 pm | Offender | AW Treatment | treatment transfer | since i got kicked out of t4c to go to hu3(tip increase),and apparently cant get treatment on hu3,no one is going to try to hold me back from transfering to medium right? roach told me that you told him that i would get into treatment on hu3 if i came over id just have to restart. im over 1 year report free(may8) but didnt get decision til may 31.i get ran up for parole in oct/nov...need transfer | Unread |
| 06/02/2024 7:04 pm | Offender | AW Treatment | ELL | Need more ell time. have ongoing litigation. have deadlines. need transferred so i have more access to ell or something. already denied by gonzales and case manager... need ell and access to courts | Read |
| 06/03/2024 7:49 am | BRENDON.FREEMAN | AW Treatment | ELL | You should have access in the library during yard times and in the Unit. For extra time you have to work with your UM and Counselor. | Unread |

Marvin Hildreth #6338040
Iowa State PEN.
PO Box 316
Ft Madison IA 52627



6/5/24
KH

XRAYED US MARSHALS SERVICE

United States District Court
c/o: Clerk of Courts
320 - 6th Street
Room 301
Sioux City, IA 51101-1210