RECEIVED
DEC 06 2024
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA

11-26-2024

NOTICE TO Clerk, Judge Strand, or Magistrate Mahoney,

I have just recently recieved these documents from Klass Law on 11-14-2024. I would like them to be reviewed with my Motion for Summary Judgment And Appointment of Counsel Request. I would also like them to be reviewed with Defendants motion's for Summary Judgment.

Exhibits (Attached) #79 + #80 show why Counsel is needed to proceed, And should be reviewed w/ my Latest Request to have Counsel Appointed.

Exhibit #81 shows it was over 60+ feet from where officers were when they opened my cell door, in regards to the failure to protect claims, NOT the less than 1/2 that that Defendants claimed in their motions.

Exhibit #96 shows that plaintiff was left in his cell, Bloodied for 10 minutes — Just like he claimed in his clarification motion. This shows the medical Deliberate indifference, And should be Attached to Plaintiff's motions for Summary Judgment, And with his Rebuttals to Defendant's motions for Summary Judgment.

Exhibit #82-84 shows, in 13 months, Plaintiff Attended Bible Study 3 times. Plaintiff Does Not Recall the 2 Additional times more than the Alleged 1 time — However Exhibits #85-95 shows that Plaintiff was Denied more than 10-11 times — that are documented. He was clearly denied more than 78% of the documented times, or Better, And denied his own clergy — Thus Proving the Substantial Burden. These should be Attached to his motion for Partial Summary Judgment regarding the Free Exercise Claims. Plaintiff Does Not Know how to Supplement this Newly

Relieved Evidence Due to Judge Strands July 25, 2024 order. Nor Does He Know how to fulfill the Electronically filing requirement of LR 15, or have Access to it. Plaintiff Does Not have Access to the electronic files, So He Does Not Know What his motions Are titled As (Doc.#'s) in The files to have them Attached.

The order from July 25 says Plaintiff Cannot Amend or Supplement. Counsel is Clearly Needed As These Documents Were Provided After The required Response/filing Deadlines to The motions. Plaintiff Does Not Know how to Proceed.

Respectfully Submitted,
on 11-26-2024, By
Marvin Hildreth # 6338040
Clarinda Correctional Facility
2000 N. 16th St.
Clarinda IA 51632

## CERTIFICATE OF SERVICE

The undersigned Certifies That He has Mailed a True and Correct copy of The foregoing to the U.S. District Court, And Defendant's Counsel of Record (addresses Below) By Placing Same in The United States Mail at the Clarinda Correctional Facility, 2000 N. 16th St., Clarinda IA 51632 on This 26 day of November 2024.

Marvin Hildreth

To: U.S. District Court
320 - 6th St.
Rm 301
Sioux City IA 51101-1210

Klass Law Firm, LLP
4280 Sergeant Rd
STE 290
Sioux City IA 51106