IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF IOWA - WESTERN

HILDRETH

V.

SHEEHAN, Et. Al.,

Notice of Additional Exhibits/Discovery Intended for Use At Trial

CASE No. #5:23-CV-04010-LTS-KEM

Comes Now, The Plaintiff Acting Pro SE, And makes this his Notice of Additional Exhibits He intends to Use At Trial. In Support of This, He States The following:

1.) On 10-25-2024, in Doc 108 (p.15-16) Magistrate Mahoney granted Plaintiff's Motion To compel in Part.

2.) On 11-14-2024, The Plaintiff Recieved Additional Discovery from Defendants, Pursuant to the order in Doc. 108.

3.) When Plaintiff filed his Exhibit List, He was Not in Possession of These Documents.

Respectfully Submitted,
On 11-26-24 By,
Marvin Hildreth # 6358040
Clarinda Correctional Facility
2000 N. 16th St.
Clarinda IA 51632

Certificate of Service

The Undersigned Certifies That he has Mailed a True and Correct Copy of The foregoing To The U.S. District Court And Defendants Counsel of Record (Address Below) By Placing Same in The United States mail at the Clarinda Correctional Facility, 2000 N. 16th St, Clarinda IA 51632 on this 26 Day of November 2024.

Marvin Hildreth

To: Klass Law firm, LLP
4280 Sergeant Rd
STE 290
Sioux City IA 51106

U.S. District Court
320 6th St.
Rm 301
Sioux City IA 51101-1210

# ADDITIONAL EXHIBITS for TRIAL

#73 - Disciplinary Notice (Missed Deadline)

#74 - Warden Appeal - No Flash Drives

#75 - STAFF Messages, Keever, Legal copy Friday

#76 - STAFF Messages, Whitshair, Oct 4th Mailout

#77 - STAFF Messages, D. Baker, refused Legal copy

#78 - SEPt 27, Motion To Compel, P.2

#79 - STAFF Messages, A. Maller, NO ECL Time

#80 - STAFF Messages, K. Dornbusch, No Flash Drives

#81 - MAP, A-Block, over 60ft to Plaintiff Door

#82 - Bible study

#83 - Bible study

#84 - Bible study

#85 - Denied Bible study

#86 - Denied Bible study

#87 - Denied Bible study

#88 - Denied Bible study

#89 - Denied Bible study

#90 - Denied Bible study

#91 - Denied Bible study

#92 - Denied Bible study

#93 - Denied Bible study

#94 - Denied Bible study

#95 - Denied Bible study

#96 - Left in Cell Atleast 10 min, SEC. Control

#97 - Taken To hospital 35 min Later, SEC. Control

#98 -

#99 -

#100 -


EXhiBit #79

# Kiosk Messages All Report

Kiosk Messages From 11/13/2024 To 11/13/2024 - Mailbox: Unit Manager Adam Maher

**6338040 - Marvin Lynn Hildreth, Jr.**

| Message Date | Author | Mailbox | Subject | Text | Status |
|---|---|---|---|---|---|
| 11/13/2024 9:34 am | ADAM.MAHER | Unit Manager Adam Maher | Extra Library Time | Effective today, you will no longer be afforded additional library time. I went to the library this morning and you were not in there. You will have to follow the S4 library schedule effective today. Thanks. UM Maher | Read |
| 11/13/2024 11:37 am | Offender | Unit Manager Adam Maher | Extra Library Time | today is my yard time and i came in at 845 and went to library at 910. look at cameras. and i have court on nov 26, they have a hearing set thru records. i have to be afforded recreation time and legal research time, not one or the other as thats a hobsons choice violation. i go to library every m,t,w,f as those are my only afforded days to access ell. | Read |
| 11/13/2024 11:40 am | Offender | Unit Manager Adam Maher | Extra Library Time | considering this my informal. not sure why i am being punished when i go to library 4 times a week and have court coming on the 26th of this month. if you review camera, every tuesday i am in library at 810 am to1010, and every m,w,f i am in library atleast from 910-1010. yard has not been starting until 730+ and by law, i am entitled to 1 hour of rec a day. that is 830. turn in/out is at 910 | Read |
| 11/13/2024 11:40 am | Offender | Unit Manager Adam Maher | Extra Library Time | and the library staff will not allow us to return from yard at 845 and enter library | Read |


Exhibit #80

# Kiosk Messages All Report

Kiosk Messages From 11/12/2024 To 11/13/2024 - Mailbox: Business office

## 6338040 - Marvin Lynn Hildreth, Jr.

| Message Date | Author | Mailbox | Subject | Text | Status |
|---|---|---|---|---|---|
| 11/12/2024 4:59 pm | KATIE.DORNBUSCH | Business office | Legal Mail Flash Drive | Per Policy you are not allowed to have the flash drive. At your cost you will need to send it out or this will be destroyed.<br>KDornbusch | Read |
| 11/12/2024 7:43 pm | Offender | Business office | Legal Mail Flash Drive | can i print this to mail to courts | Read |
| 11/12/2024 8:28 pm | Offender | Business office | legal mail | i sent out legal mail and it got sent back foir no money on books. i should have money coming so i sent it back in mail tonight. if not, policy says i can go negative 3 or 5 dollars for legal mail. this is deadlines i have to make. i have 2 dollar right now so if both mailed out id be less than negative 3 dollars. | Read |
| 11/13/2024 8:37 am | MEREDITH.BAKER | Business office | legal mail | You can only go into the negative for legal purposes if you are considered to be indigent.<br><br>M. Baker-AWA | Read |
| 11/13/2024 8:38 am | MEREDITH.BAKER | Business office | Legal Mail Flash Drive | Please send a store order requesting a copy.<br><br>M. Baker-AWA | Read |
| 11/13/2024 8:38 am | MEREDITH.BAKER | Business office | staff email | We are checking into this.<br><br>M. Baker-AWA | Read |
| 11/13/2024 11:42 am | Offender | Business office | staff email | otherwise i have to pay for hundreds of emails when i only need a few emails. isp and asp both will put them on the offnet. travis pitford, the IT guy did this at isp. | Unread |
| 11/13/2024 11:43 am | Offender | Business office | legal mail | yes i had my legal mail returned to me because i only has 2.01 cents on my book and i needed 2.31 for postage. not sure why | Read |
| 11/13/2024 11:46 am | MEREDITH.BAKER | Business office | legal mail | Because you didn't have the funds on your account and you are not considered indigent.<br><br>M. Baker-AWA | Read |
| 11/13/2024 12:40 pm | Offender | Business office | legal mail | CAN Print this for courts? | Read |
| 11/13/2024 2:28 pm | MARJORIE.COOK | Business office | legal mail | Please send a store order to the business office requesting what copies you are needing.<br>J. Cook<br>Business Office | Read |
| 11/13/2024 2:55 pm | Offender | Business office | legal mail | i sent legal mail out again last night. why have they not taken the money off yet? it is time sensitive legal mail ive tried to mail out tweice now | Read |



657

 Exhibit #82

```
JNAINQD                 WOODBURY COUNTY SHERIFF          11/01/24 QPADEV000J
                           EVENT INQUIRY                 08:02:55 T_HARLOW
Name HILDRETH, MARVIN LYNN
Master ID# 45569                      Cell


        Code BS    BIBLE STUDY

        Date 12/05/21   Time 13:41
        Entry Officer 9915
                   WARD, SABRINA
        Court


        Comment RECEIVED ONE HOUR OF BIBLE STUDY



        Location
        Custody of


        Return Date  0/00/00   Return Time        Extended Exists

    F3=Exit                    F17=Extended Comments         F12=Previous
```

EXHIBIT #83

```
JNAINQD                WOODBURY COUNTY SHERIFF          11/01/24 QPADEV000J
                          EVENT INQUIRY                 08:03:16 T_HARLOW
Name HILDRETH, MARVIN LYNN
Master ID# 45569                        Cell


       Code BS    BIBLE STUDY

       Date  1/16/22   Time 13:45
       Entry Officer 9713
                    DONAGHU, JUSTIN
       Court



    Comment  WENT TO BIBLE STUDY



       Location
       Custody of


       Return Date   0/00/00    Return Time           Extended Exists

F3=Exit                        F17=Extended Comments           F12=Previous
```

*Exhibit #84*

Name HILDRETH, MARVIN LYNN
Master ID# 45569                   Cell

       Code BS     BIBLE STUDY

       Date   1/25/22   Time 19:00
       Entry Officer 9971
                SCHUMACHER, ASHLEY
       Court

       Comment ATTENDED BIBLE STUDY

       Location
       Custody of

       Return Date   0/00/00    Return Time         Extended Exists ..

F3=Exit                       F17=Extended Comments        F12=Previous

*Exhibit #85*

JNAINQD                     WOODBURY COUNTY SHERIFF          11/01/24 QPADEV000J
                               EVENT INQUIRY                 07:59:42 T_HARLOW
Name HILDRETH, MARVIN LYNN
Master ID# 45569                            Cell

        Code DBS    DENIED BIBLE STUDY

        Date  6/06/21   Time 13:45
        Entry Officer 9958
                      VANDERSCHAAF, TRISTEN
        Court


    Comment DID NOT SIGN UP WHEN OFFERED



        Location
        Custody of


    Return Date   0/00/00   Return Time          Extended Exists

F3=Exit                        F17=Extended Comments          F12=Previous


Exhibit #86

JNAINQD                    WOODBURY COUNTY SHERIFF            11/01/24 QPADEV000J
                                EVENT INQUIRY                  08:00:15 T_HARLOW
Name HILDRETH, MARVIN LYNN
Master ID# 45569                          Cell

          Code DBS    DENIED BIBLE STUDY

          Date  6/08/21   Time 21:42
          Entry Officer 99988
                    JAVORSKY, TYLER
          Court


          Comment NOT SELECTED FOR/DENIED



          Location
          Custody of


          Return Date  0/00/00    Return Time            Extended Exists

F3=Exit                          F17=Extended Comments            F12=Previous

                                                                        662



JNAINQD              WOODBURY COUNTY SHERIFF       11/01/24 QPADEV000J
                         EVENT INQUIRY          08:00:26 T_HARLOW

Name HILDRETH, MARVIN LYNN
Master ID# 45569              Cell

      Code BS   BIBLE STUDY

      Date 6/15/21  Time 18:47
      Entry Officer 9990
               BUTLER, SETH
      Court

      Comment DENIED 1 HR BIBLE STUDY

      Location
      Custody of

      Return Date  0/00/00   Return Time        Extended Exists ..

F3=Exit                    F17=Extended Comments        F12=Previous


Exhibit #88

JNAINQD                    WOODBURY COUNTY SHERIFF          11/01/24 QPADEV000J
                              EVENT INQUIRY                  08:01:09 T_HARLOW
Name HILDRETH, MARVIN LYNN
Master ID# 45569                          Cell

        Code DBS   DENIED BIBLE STUDY

        Date  8/04/21   Time  2:41
        Entry Officer 9968
                    TORRES, ZAIRA
        Court


        Comment  DENIED/NOT SELECTED FOR BIBLESTUDY   *Locked down* ✓?



        Location
        Custody of


        Return Date  0/00/00    Return Time          Extended Exists

F3=Exit                        F17=Extended Comments          F12=Previous

EXHIBIT #89

```
JNAINQD                WOODBURY COUNTY SHERIFF          11/01/24 QPADEV000J
                           EVENT INQUIRY                 08:38:17 T_HARLOW
Name HILDRETH, MARVIN LYNN
Master ID# 45569                        Cell


        Code DBS    DENIED BIBLE STUDY

        Date  8/17/21   Time 18:50
        Entry Officer 99984
                   OCHOA, CAROLINA
        Court


        Comment WAS NOT SELECTED FOR/REFUSED




        Location
        Custody of


        Return Date  0/00/00    Return Time         Extended Exists

F3=Exit                     F17=Extended Comments          F12=Previous
```

665

*Exhibit #90*

Name HILDRETH, MARVIN LYNN
Master ID# 45569                        Cell

          Code DBS    DENIED BIBLE STUDY

          Date  9/14/21    Time 19:18
          Entry Officer 99984
                      OCHOA, CAROLINA
          Court


          Comment DENIED BIBLE STUDY



          Location
          Custody of


          Return Date  0/00/00    Return Time          Extended Exists

F3=Exit                       F17=Extended Comments              F12=Previous


Exhibit #91

```
JNAINQD                WOODBURY COUNTY SHERIFF        11/01/24 QPADEV000J
                           EVENT INQUIRY             08:02:09 T_HARLOW
Name HILDRETH, MARVIN LYNN
Master ID# 45569                        Cell

        Code DBS   DENIED BIBLE STUDY

        Date 10/12/21   Time 21:08
        Entry Officer 9968
                    TORRES, ZAIRA
        Court


    Comment NOT SELECTED FOR/REFUSED BIBLESTUDY



        Location
        Custody of


        Return Date  0/00/00   Return Time        Extended Exists

F3=Exit                     F17=Extended Comments           F12=Previous
```

667


EXHIBIT #92

Name HILDRETH, MARVIN LYNN
Master ID# 45569                 Cell

       Code BS     BIBLE STUDY

       Date 11/02/21    Time 19:43
       Entry Officer 9990
                BUTLER, SETH
       Court

       Comment BIBLE STUDY DENIED

       Location
       Custody of

       Return Date   0/00/00    Return Time          Extended Exists

F3=Exit                   F17=Extended Comments        F12=Previous

Case 5:23-cv-04010-LTS-KEM    Document 124    Filed 12/06/24    Page 16 of 22


EXHIBIT #93

Name HILDRETH, MARVIN LYNN
Master ID# 45569              Cell

       Code BS     BIBLE STUDY

       Date   1/30/22    Time 13:04
       Entry Officer 99984
                OCHOA, CAROLINA
       Court

       Comment   REFUSED BIBLE STUDY/DID NOT SIGN UP

       Location
       Custody of

       Return Date   0/00/00    Return Time          Extended Exists ..

F3=Exit                      F17=Extended Comments         F12=Previous

Case 5:23-cv-04010-LTS-KEM    Document 124    Filed 12/06/24    Page 17 of 22


EXHIBIT #94

JNAINQD                    WOODBURY COUNTY SHERIFF            11/01/24 QPADEV000J
                              EVENT INQUIRY                   08:04:09 T_HARLOW
Name HILDRETH, MARVIN LYNN
Master ID# 45569                            Cell

         Code DBS    DENIED BIBLE STUDY

         Date  2/07/22   Time 19:30
         Entry Officer 99985
                       LARNED, PHOENIX
         Court

         Comment  WAS NOT CHOSEN FOR BIBLE STUDY

         Location
         Custody of

         Return Date  0/00/00    Return Time              Extended Exists

   F3=Exit                     F17=Extended Comments              F12=Previous

Case 5:23-cv-04010-LTS-KEM   Document 124   Filed 12/06/24   Page 18 of 22


EXHIBIT #95

```
JNAINQD              WOODBURY COUNTY SHERIFF        11/01/24 QPADEV000J
                        EVENT INQUIRY              08:04:31 T_HARLOW
Name HILDRETH, MARVIN LYNN
Master ID# 45569                      Cell


        Code DBS    DENIED BIBLE STUDY

        Date  3/21/22   Time 19:10
        Entry Officer 99986
                    TANK, JESSICA
        Court



        Comment  DENIED BS AS NOT ENOUGH SPACE




        Location
        Custody of



        Return Date   0/00/00   Return Time        Extended Exists

  F3=Exit                          F17=Extended Comments          F12=Previous
```

671

Exhibit #96

JHXOLIB                   WOODBURY COUNTY SHERIFF              11/01/24 QPADEV000B
                          EXTENDED COMMENTS                    14:16:04 T_HARLOW
Date  7/22/21  Time 17:59  Shift 2


   1948 1 FRM NURSE TO E --- SP
   1951 1 FRM NURSE TO C --- TJ
   1953 BIBLE STUDY DONE --- SB
   1956 7 FRM BIBLE STUDY TO I --- SP AJ
   2006 3 FRM I TO NURSE --- SP TJ
   2010 MONITOR CHK --- SB
   2016 JAIL CHK --- WS
   2017 3 FRM NURSE TO I --- SP TJ
   2020 TP AND PADS PASSED TO I --- WS TJ
   2022 1 FRM D TO NURSE --- SP
   2023 LAUNDRY SWITCHED --- WS
   2026 FIGHT IN F10 --- SB
   2029 1 FRM F TO NURSE --- MJM  20:29
   2039 1 FRM F TO NURSE --- WS SP JH 20:39
   2047 MONITOR CHK --- SB
   2048 RAZORS COLLECTED IN 1 --- TJ


 ROLL UP/ROLL DOWN                                            More...
 F3=Exit                                                      F12=PREVIOUS

10 minutes

                                                              674

Exhibit #97

```
2101 HILDRETH TO THE HOSPITAL VIA JAIL CAR --- SP WS
2135 F BLK COMING OUT --- SB
2155 MONITOR CHK --- SB
0359 5 TRUSTEES TO J --- DJA
0400 17 MEALS IN E --- SP
0400 18 MEALS IN D --- TJ
0402 17 MEALS IN F --- SP
0403 13 MEALS IN C --- TJ
0404 3 MEALS IN G --- SP
0407 3 MEALS IN A --- TJ
0410 8 MEALS IN H --- SP
0410 3 MEALS IN B --- TJ
0419 17 MEALS IN I --- TJ
0438 11 MEALS IN C --- SP
0441 17 MEALS IN E --- TJ
0444 17 MEALS IN D --- SP
```

ROLL UP/ROLL DOWN                    More...

F3=Exit                           F12=PREVIOUS

Case 5:23-cv-04010-LTS-KEM    Document 124    Filed 12/06/24    Page 21 of 22

Marvin Hildreth #6338040
Clarinda Correctional facility
2000 N. 16th St.
Clarinda IA 51632

12/2/24
JW8



quadient
FIRST-CLASS MAIL
IMI
$002.59 °
12/02/2024 ZIP 51632
043M30229217
US POSTAGE

XRAYED US MARSHALS SERVICE

NOTICE! This correspondence was mailed
from an institution operated by the
Iowa Department of Corrections
The contents are uncensored.

U.S. District Court
320 - 6th St.
Rm 301
Sioux City IA 51101-1210